A CERTIFIED TRUE COPY
ATTEST

By Darion Payne on Feb 04, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jan 20, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: YAMAHA MOTOR CORP. RHINO ATV
PRODUCTS LIABILITY LITIGATION

MDL No. 2016

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-18)**

On February 13, 2009, the Panel transferred 51 civil actions to the United States District Court for the Western District of Kentucky for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 597 F.Supp.2d 1377 (J.P.M.L. 2009). Since that time, 177 additional actions have been transferred to the Western District of Kentucky. With the consent of that court, all such actions have been assigned to the Honorable Jennifer B. Coffman.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Western District of Kentucky and assigned to Judge Coffman.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Western District of Kentucky for the reasons stated in the order of February 13, 2009, and, with the consent of that court, assigned to the Honorable Jennifer B. Coffman.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Western District of Kentucky. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Feb 04, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

_____
Jeffery N. Lüthi
Clerk of the Panel

**FILED & CERTIFIED**
JEFFREY A. APPERSON, CLERK
U.S. DISTRICT COURT
W/D of KENTUCKY

Date: Feb 04, 2010

By: Carolyn S. DeBow
**Deputy Clerk**

**IN RE: YAMAHA MOTOR CORP. RHINO
ATV PRODUCTS LIABILITY LITIGATION**          MDL No. 2016

### SCHEDULE CTO-18 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA SOUTHERN** | |
| ALS 1 09-673 | Ryan Gregory Jeane, et al. v. Yamaha Motor Corp., USA, et al. |
| **ARKANSAS EASTERN** | |
| ARE 4 09-957 | Anthony Thompson, etc. v. Yamaha Motor Corp., USA, et al. |
| **CALIFORNIA CENTRAL** | |
| CAC 8 09-934 | April McVey v. Yamaha Motor Corp., USA, et al. |
| **ILLINOIS SOUTHERN** | |
| ILS 3 09-943 | Rodney Bishop, et al. v. Yamaha Motor Corp., USA, et al. |
| **LOUISIANA WESTERN** | |
| LAW 2 09-1107 | John Brady Sattler v. Yamaha Motor Corp., USA, et al. |
| **MINNESOTA** | |
| MN 0 09-2778 | Dennis Taylor v. Yamaha Motor Corp., USA, et al. |
| **MISSISSIPPI SOUTHERN** | |
| ~~MSS 3 09-608~~ | ~~Patricia Rogers, et al. v. Yamaha Motor Corp., USA, et al.~~ |
| | Opposed 2/03/10 |
| **NORTH CAROLINA EASTERN** | |
| NCE 2 09-53 | Michael Brandon Kennedy v. Yamaha Motor Corp., USA, et al. |
| **TEXAS SOUTHERN** | |
| TXS 4 09-3446 | Mark Crank, et al. v. Yamaha Motor Corp., of America (USA), et al. |